148 A.3d 753

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. ALVEIRO BRAVO, DEFENDANT-PETITIONER.

FILED July 26, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-4235/4619/4933-12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.